## Caldwell and Drake v. Pierce.

(Decided September 23, 1913).

### Appeal from Jefferson Circuit Court (Chancery Branch, First Division).

Action—Account—Interest.—In an action on an account where a balance is found due to the plaintiff, interest should be allowed on

such balance from the bringing of the action. (For original opinion see 154 Ky., 328).

EUGENE R. ATTKISSON for appellant.

GIFFORD & STEINFELD for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON—Reversing.

Upon a reconsideration of this case, we conclude that appellee should be allowed interest on the balance found due her from the filing of her petition. The judgment determines that this amount was then due her, and should have been paid. The general rule is that interest is allowed on the balance due on an account from the bringing of the suit. (Tobin v. South, 18 R., 350; Henderson Cotton Mfg. Co. v. Lowell Machine Shops, 86 Ky., 668.) The opinion is extended to this extent; the judgment appealed from is reversed on the cross appeal; and the cause remanded for a judgment as above indicated. In other respects the petition for rehearing is overruled.